## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03056-MJW

PAUL PERAZA

      Plaintiff,

v.

MARTINEZ,
KEMENA, and
UNITED STATES OF AMERICA,

      Defendants.

---

## ORDER GRANTING MOTION FOR LEAVE TO TAKE DEPOSITION (DN. 40)

---

This matter is before the Court on Defendants' Motion for Leave to Take Deposition of Incarcerated Plaintiff. Upon consideration of the motion, the Court finds that it should be GRANTED. Defendants are hereby granted leave to take Plaintiff's deposition pursuant to Fed. R. Civ. P. 30(a)(2)(B) at the U.S. Penitentiary in Lewisburg, Pennsylvania during the week of September 21st, 2015, or at another date scheduled by Defendants before September 25, 2015. The Court orders that agency counsel for the Bureau of Prisons, as a representative of Defendants, may also be present as well as the Plaintiff's case worker at the U.S. Penitentiary in Lewisburg, or any other prison officials as needed for security purposes.

DATED this 2nd day of September, 2015.

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO