IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03056-MJW

PAUL PERAZA,

Plaintiff,

v.

MARTINEZ,
KEMENA, and
UNITED STATES OF AMERICA,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the Pro Se Incarcerated Plaintiff's Motion to Question Non-Party Witness Via Interrgatorie [sic] and Deposition Deadline Expansion Request (docket no. 44) is **GRANTED**.

It is **FURTHER ORDERED** that the Pro Se Incarcerated Plaintiff may serve fifteen (15) interrogatories in total on the BOP video technicians that Defendants identified to Plaintiff.  The Pro Se Incarcerated Plaintiff may also depose the BOP video technicians identified in Exhibit A by November 13, 2015. The Pro Se Incarcerated Plaintiff shall comply with Fed. R. Civ. P. 30 and D.C.COLO.LCivR 30.1 when scheduling and conducting these depositions.

It is **FURTHER ORDERED** that the discovery cut-off date is extended to November 13, 2015, and the dispositive motion deadline is extended to November 30, 2015.  The Scheduling Order (docket no. 35) is amended consistent with this minute order.

It is **FURTHER ORDERED** that the Pro Se Incarcerated Plaintiff's Motion to Amend His 9-9-15, Motion, Re: Exhibit 4 (docket no. 45) is **GRANTED.**

On pages 2 and 3 in the Defendants' Response (docket no. 54), the Defendants state:

"Although Plaintiff has already served more interrogatories than permitted by the

      Scheduling Order, to facilitate progress of this case, Defendants consent to Plaintiff serving up to fifteen (15) interrogatories (in total) on the BOP video technicians Defendant identified to Plaintiff.  Defendants also consent to Plaintiff being permitted to depose the BOP video technicians identified in Exhibit A by November 13, 2015, so long as Plaintiff adheres to the guidelines in the Court's Scheduling Order."

      Although interrogatories to a non-party are not permitted under Fed. R. Civ. P. 33, I find that the parties are, *in essence*, stipulating to allow the Pro Se Incarcerated Plaintiff to obtain discovery as listed above through interrogatories.  Such stipulation is approved, noting that the Plaintiff is Pro Se and incarcerated.

Date: October 7, 2015