IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03056-MJW

PAUL PERAZA,

Plaintiff,

v.

MARTINEZ,
KEMENA, and
UNITED STATES OF AMERICA,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the Plaintiff's Motion to Compel Discovery RE: Plaintiff's Second Request for Production (Docket No. 46), Plaintiff's Motion to Compel Discovery RE: Plaintiff's Second Interrogatories to United States (Docket No. 48), and Plaintiff's Motion to Compel Discovery RE: Plaintiff's First Interrogatories to United States (Docket No. 50) are all denied substantially for the reasons stated in Defendant United States' Consolidated Response to Plaintiff's Motions to Compel (Docket No. 57).

Date: November 4, 2015