IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03056-MJW

PAUL PERAZA,

Plaintiff,

v.

MARTINEZ,
KEMENA, and
UNITED STATES OF AMERICA,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Plaintiff's Motion to Stay and Extend Deadlines (Docket No. 75), which is unopposed by defendants (Docket No. 76), is granted.  It is thus further

**ORDERED** that this case is stayed up to and including March 15, 2016.  It is further

**ORDERED** that the Final Pretrial Conference set on January 20, 2016, at 10:00 a.m. is vacated.  It is further

**ORDERED** that a Status Conference shall be held on March 17, 2016, at 9:30 a.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  Plaintiff shall participate by telephone.  His case manager or other correctional staff member shall place the call for plaintiff on that date and time by calling (303) 844-2403.

Date: December 16, 2015