IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03056-MJW

PAUL PERAZA,

Plaintiff,

v.

MARTINEZ,
KEMENA, and
UNITED STATES OF AMERICA,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

In light of the Stay entered on December 16, 2015 (Docket No. 77), it is hereby **ORDERED** that the following motions are **DENIED WITHOUT PREJUDICE**, to be refiled if necessary after the stay is lifted:

- Plaintiff's Motion to Compel Discovery Re: Plaintiff's First Production Request (**Docket No. 52**);

- Plaintiff's Motion to Compel Discovery Re: Plaintiff's Third Request for Production (**Docket No. 61**);

- Plaintiff's Second Motion to Compel Re: Third Production Request (**Docket No. 70**); and

- Plaintiff's Motion to Amend His 11-11-15 Motion Re: Exhibit 2 (**Docket No. 72**).

Date: January 28, 2016